# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/3/2026__

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

February 2, 2026

Hon. Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Zambrano-Pacheco
25 Cr. 00076 (MKV)

Dear Judge Vyskocil:

I represent defendant **Giovanny Valentin Blanco Luciano** in the above-referenced case pursuant to the Criminal Justice Act (CJA).

I write today to respectfully request permission to submit interim CJA vouchers for services rendered. The granting of this application will assist counsel in the management of his practice.

Thank you for your consideration to this request and courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

**Granted. SO ORDERED.**

Date: __Feb. 3, 2026__
New York, New York

Mary Kay Vyskocil
United States District Judge